IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY,<br><br>*Plaintiff,*<br><br>v.<br><br>JERRY MERCADO, et al.,<br><br>*Defendants.* | CIVIL ACTION<br>NO. 24-1089 |

# ORDER

**AND NOW**, this 9th day of January 2025, upon consideration of Liberty Mutual Personal Insurance Company's Motion for Judgment on the Pleadings (ECF No. 26), Lisa Braun and Jerry Mercado's Response (ECF No. 29), and Liberty Mutual's Reply (ECFs No. 30), it is **ORDERED** that Liberty Mutual's Motion is **GRANTED**. Judgment is entered in favor of Liberty Mutual and against Mercado.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

1